IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LEE BERTA BROWN, et al.                                                    PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 2:08-CV-217-P-A

LIFE INVESTORS INSURANCE COMPANY                                            DEFENDANT
OF AMERICA, et al.

### ORDER GRANTING STAY PENDING RESOLUTION
### OF OVERLAPPING CLASS ACTIONS

THIS CAUSE came on for consideration on the Plaintiffs' Motion [#71] to Stay Pending Resolution of Overlapping Class Actions, seeking a stay of the present case, continuing the trial date and all case management deadlines, pending resolution of related actions where overlapping classes are currently certified. Said related actions where overlapping classes are currently certified are *Gooch v. Life Investors Insurance Company of America*, No. 1:07-0016 (M.D.Tenn.); *Runyan, et al. v. Transamerica Life Ins. Co.*, No. CV-09-2066-3 (Ark. Circuit Ct., Pulaski County). Having considered the Motion and being fully advised on the premises, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion [#71] to Stay Pending Resolution of Overlapping Class Actions is granted. The trial date and all case management deadlines in this case are hereby continued. The parties shall petition the Court for a new Case Management Conference within ten (10) days of the resolution of the above-referenced, related class actions.

SO ORDERED this, the 8th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted:


By: s/Richard T. Phillips
Richard T. Phillips, Esq. MSB#4170
SMITH, PHILLIPS, MITCHELL SCOTT & NOWAK, LLP
P. O. Drawer 1586
Batesville, MS  38606
Tel:  (662) 563-4613
Fax:  (662) 563-1546
ATTORNEY FOR THE PLAINTIFFS